WCPJR:hyb
9/27/2005

## IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY** | * | |
| | * | |
| Plaintiff | | CASE NO. 1:05CV01605 |
| | * | |
| v. | * | |
| **SALVADOR C. FULGUERAS** | * | |
| Defendant | | |

\* \* \* \* \* \* \*

### NOTICE OF VOLUNTARY DISMISSAL

The Government Employees Insurance Company (hereinafter "GEICO") hereby voluntarily dismisses this action pursuant to F.R.C.P. 41(a)(1)(i). None of the Defendants have filed an Answer or Motion for Summary Judgment. Thus, this matter may be dismissed pursuant to this notice filed by the Plaintiff GEICO.

It is respectfully requested that this Honorable Court dismiss this action without prejudice. This matter is dismissed, as the underlying case in the Superior Court for the District of Columbia referenced in Plaintiff's Complaint for Declaratory Judgment, has been settled.

Respectfully submitted,

/s/
WILLIAM C. PARLER, JR.  #389967
**PARLER & WOBBER, L.L.P.**
406 East Joppa Road
Towson, Maryland 21286
410-832-1800
Attorney for Plaintiff

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on 27th day of September, 2005, a copy of the aforegoing was mailed, postage prepaid, to:

Jason Kerpelman
1001 Connecticut Avenue, N.W.
Suite 501
Washington, DC 20036

Dave Carter
**MEYERS, RODBELL & ROSENBAUM, P.A**.
6801 Kenilworth Avenue
Riverdale Park, MD 20737-1385

/s/
WILLIAM C. PARLER, JR.

Law Offices
PARLER & WOBBER, LLP
406 East Joppa Road
Towson, MD 21286

S:\Cases\GEICO v. Fulgeras\NofVoluntaryDismissal.ple.doc